**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re: ROCKY MOUNTAIN PAINTERS, INC.      §   Case No. 15-20761 EEB
                                          §
                                          §
                                          §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David V. Wadsworth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,814.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $41,883.84 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $17,578.48 | | |

3) Total gross receipts of $59,462.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $59,462.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $17,578.48 | $17,578.48 | $17,578.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $63,434.44 | $51,219.56 | $51,219.56 | $41,883.84 |
| **TOTAL DISBURSEMENTS** | $63,434.44 | $68,798.04 | $68,798.04 | $59,462.32 |

4) This case was originally filed under chapter 7 on 09/25/2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   09/19/2017            By: /s/ David V. Wadsworth
                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MARKET/SAVINGS ACCT-1ST BANK, SAME ADDRESS, ACCT | 1129-000 | $111.10 |
| ACCOUNTS RECEIVABLE-DAVID WEEKLEY HOMES/VDR NO 1 | 1129-000 | $39,418.00 |
| COMPRESSORS, POWER WASHER, SPRAY POT, REGULATOR | 1129-000 | $3,385.00 |
| CHECKING ACCT-1ST BANK, 5125 S. KIPLING ST., LIT | 1129-000 | $15,876.03 |
| PAYROLL ACCT-1ST BANK, SAME ADDRESS, ACCT #1064 | 1129-000 | $672.19 |
| **TOTAL GROSS RECEIPTS** | | **$59,462.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David V. Wadsworth | 2100-000 | NA | $6,223.12 | $6,223.12 | $6,223.12 |
| Trustee, Expenses - David V. Wadsworth | 2200-000 | NA | $74.36 | $74.36 | $74.36 |
| Attorney for Trustee Fees - SENDER WASSERMAN WADSWORTH, P.C. | 3110-000 | NA | $6,805.00 | $6,805.00 | $6,805.00 |
| Attorney for Trustee, Expenses - SENDER WASSERMAN WADSWORTH, P.C. | 3120-000 | NA | $351.50 | $351.50 | $351.50 |
| Accountant for Trustee, Expenses - KAPLAN & ASSOCIATES, P.C. | 3320-000 | NA | $57.65 | $57.65 | $57.65 |
| Auctioneer Fees - DICKENSHEET & ASSOCIATES, INC. | 3610-000 | NA | $338.50 | $338.50 | $338.50 |
| Auctioneer Expenses - DICKENSHEET & ASSOCIATES, INC. | 3620-000 | NA | $534.53 | $534.53 | $534.53 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $55.21 | $55.21 | $55.21 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $990.61 | $990.61 | $990.61 |
| Accountant for Trustee Fees (Other Firm) - KAPLAN & ASSOCIATES, P.C. | 3410-000 | NA | $2,148.00 | $2,148.00 | $2,148.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $17,578.48 | $17,578.48 | $17,578.48 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kenneth J. Clark | 7100-000 | $51,219.56 | $51,219.56 | $51,219.56 | $41,883.84 |
| N/F | Brothers Painting | 7100-000 | $800.00 | NA | NA | NA |
| N/F | Brothers Painting | 7100-000 | NA | NA | NA | NA |
| N/F | Comcast | 7100-000 | NA | NA | NA | NA |
| N/F | Comcast | 7100-000 | $1,414.88 | NA | NA | NA |
| N/F | Dallas W. Tourney, Inc. | 7100-000 | $9,800.00 | NA | NA | NA |
| N/F | Donald Puhalski | 7100-000 | NA | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Xcel Energy | 7100-000 | $100.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$63,434.44** | **$51,219.56** | **$51,219.56** | **$41,883.84** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-20761 EEB | Trustee Name: | (260030) David V. Wadsworth |
|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | Date Filed (f) or Converted (c): | 09/25/2015 (f) |
| | | § 341(a) Meeting Date: | 10/22/2015 |
| For Period Ending: | 09/19/2017 | Claims Bar Date: | 07/29/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCT-1ST BANK, 5125 S. KIPLING ST., LIT | 13,886.74 | 15,876.03 | | 15,876.03 | FA |
| 2 | MARKET/SAVINGS ACCT-1ST BANK, SAME ADDRESS, ACCT | 303.06 | 111.10 | | 111.10 | FA |
| 3 | PAYROLL ACCT-1ST BANK, SAME ADDRESS, ACCT #1064 | 989.42 | 672.19 | | 672.19 | FA |
| 4 | ACCOUNTS RECEIVABLE-DAVID WEEKLEY HOMES/VDR NO 1 | 64,261.25 | 39,418.00 | | 39,418.00 | FA |
| 5 | SHELVING, CABINETS, CHAIRS, DESKS, BOOKCASES, TA | 1,814.00 | 0.00 | | 0.00 | FA |
| 6 | COMPRESSORS, POWER WASHER, SPRAY POT, REGULATOR | 2,997.10 | 3,385.00 | | 3,385.00 | FA |
| 6 | **Assets Totals** (Excluding unknown values) | **$84,251.57** | **$59,462.32** | | **$59,462.32** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 15-20761 EEB
**Case Name:** ROCKY MOUNTAIN PAINTERS, INC.

**For Period Ending:** 09/19/2017

**Trustee Name:** (260030) David V. Wadsworth
**Date Filed (f) or Converted (c):** 09/25/2015 (f)
**§ 341(a) Meeting Date:** 10/22/2015
**Claims Bar Date:** 07/29/2016

**Major Activities Affecting Case Closing:**

Settled Weekley matter. Filed estate returns. Once waiting period expires, will file TFR (May 2017).

Attorney pursuing David Weekley receivable - Weekley is contesting money is owed.

Receivable, inventory and accounts. Clark sending me check for funds on account ($13k). Need to contact landlord and Christine about inventory. Clark thinks what's in payroll account should be sufficient to cover W2s - should contact them to confirm: Steven Futch at Paychex. Clark getting his number and will give to me. Need to see about collecting receivable. Hire counsel.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017    **Current Projected Date Of Final Report (TFR):** 06/19/2017 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-20761 EEB | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2374 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/27/2015 | {1} | KENNETH J. CLARK | PAYMENT FROM DEBTOR | 1129-000 | 15,876.03 | | 15,876.03 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 15,866.03 |
| 11/23/2015 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/23/2015 FOR CASE #15-20761, Bond #016027974 | 2300-000 | | 7.28 | 15,858.75 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.06 | 15,836.69 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.05 | 15,811.64 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.92 | 15,789.72 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.89 | 15,767.83 |
| 03/10/2016 | | ROCKY MOUNTAIN PAINTERS, INC. | PAYMENT FROM DEBTOR | | 783.29 | | 16,551.12 |
| | {2} | | PAYMENT FROM DEBTOR $111.10 | 1129-000 | | | 16,551.12 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-20761 EEB | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2374 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {3} | | PAYMENT FROM DEBTOR $672.19 | 1129-000 | | | 16,551.12 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.62 | 16,525.50 |
| 04/07/2016 | {6} | DICKENSHEET AND ASSOCIATES, INC. | AUCTION PROCEEDS | 1129-000 | 3,385.00 | | 19,910.50 |
| 04/12/2016 | 102 | DICKENSHEET & ASSOCIATES, INC. | AUCTIONEER FEES | 3610-000 | | 338.50 | 19,572.00 |
| 04/12/2016 | 103 | DICKENSHEET & ASSOCIATES, INC. | AUCTIONEER EXPENSES | 3620-000 | | 534.53 | 19,037.47 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.72 | 19,011.75 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.36 | 18,985.39 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.95 | 18,955.44 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.28 | 18,929.16 |
| 08/01/2016 | {4} | THE WEEKLEY GROUP OF COMPANIES | PAYMENT ON SETTLEMENT | 1129-000 | 39,418.00 | | 58,347.16 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 15-20761 EEB | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2374 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.52 | 58,262.64 |
| 09/21/2016 | 104 | SENDER WASSERMAN WADSWORTH, P.C. | ATTORNEY FEES- ORDER DATED 9/20/16 | 3110-000 | | 6,805.00 | 51,457.64 |
| 09/21/2016 | 105 | SENDER WASSERMAN WADSWORTH, P.C. | ATTORNEY EXPENSES- ORDER DATED 9/20/16 | 3120-000 | | 351.50 | 51,106.14 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.83 | 51,025.31 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.75 | 50,954.56 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.96 | 50,876.60 |
| 12/06/2016 | 106 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/06/2016 FOR CASE #15-20761, Bond #016027974 | 2300-000 | | 47.93 | 50,828.67 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.93 | 50,755.74 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.85 | 50,677.89 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.03 | 50,609.86 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-20761 EEB | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2374 | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.22 | 50,534.64 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.83 | 50,466.81 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.84 | 50,386.97 |
| 07/25/2017 | 107 | David V. Wadsworth | Distribution payment - Dividend paid at 100.00% of $6,223.12; Claim # FEE; Filed: $6,223.12; | 2100-000 | | 6,223.12 | 44,163.85 |
| 07/25/2017 | 108 | David V. Wadsworth | Distribution payment - Dividend paid at 100.00% of $74.36; Claim # TE; Filed: $74.36; | 2200-000 | | 74.36 | 44,089.49 |
| 07/25/2017 | 109 | KAPLAN & ASSOCIATES, P.C. | Distribution payment - Dividend paid at 100.00% of $2,148.00; Claim # ; Filed: $2,148.00; | 3410-000 | | 2,148.00 | 41,941.49 |
| 07/25/2017 | 110 | KAPLAN & ASSOCIATES, P.C. | Distribution payment - Dividend paid at 100.00% of $57.65; Claim # ; Filed: $57.65; | 3320-000 | | 57.65 | 41,883.84 |
| 07/25/2017 | 111 | Kenneth J. Clark | Distribution payment - Dividend paid at 81.77% of $51,219.56; Claim # 1; Filed: $51,219.56; | 7100-000 | | 41,883.84 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-20761 EEB | | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2374 | | Account #: | ******2466 Checking Account |
| For Period Ending: | 09/19/2017 | | Blanket Bond (per case limit): | $47,027,358.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1<br>Transaction Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 59,462.32 | 59,462.32 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 59,462.32 | 59,462.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $59,462.32 | $59,462.32 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-20761 EEB | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | ROCKY MOUNTAIN PAINTERS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2374 | Account #: | ******2467 Checking Account |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-20761 EEB | | **Trustee Name:** | David V. Wadsworth (260030) |
| **Case Name:** | ROCKY MOUNTAIN PAINTERS, INC. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2374 | | **Account #:** | ******2467 Checking Account |
| **For Period Ending:** | 09/19/2017 | | **Blanket Bond (per case limit):** | $47,027,358.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******2466 Checking Account | $59,462.32 | $59,462.32 | $0.00 |
| ******2467 Checking Account | $0.00 | $0.00 | $0.00 |
| | $59,462.32 | $59,462.32 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**